**RECEIVED**

MAY 23 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois

O.5-22-2022

Plaintiff
 Maurice A. Mickling SR.

V.

Defendant
 United States of America

Case Number:

22 cv 50169
Judge Philip G. Reinhard
Magistrate Judge Margaret J. Schneider

## Federal Tort Claim ACT
Title 28 USC 1346(b), 2671 et. seq.

Maurice A. Mickling SR., (Plaintiff) brings This Federal Tort Claim For Physical and Emotional/Mental Damages, against The United States of America, For $4,000,000.00 in Sum.

## FACTS / Claim

• Plaintiff Filed an Administrative Claim For damages on 11-08-2021 and The (6) months to Make an Administrative determination has Elapsed, Without Response. (See Attachment #A)

• Plaintiff Provides with This Claim an Application to proceed in forma pauperis. (See Attachment #B)

• Plaintiff Request Attorney Representation by Way of Motion. (See Attachment #C)

• Plaintiff Advise The Court That This Claim is in Direct Relation to (BIVENS) Claim in

①

This Court, Filed Recently, Under The Same Plaintiff Name.

- On 03-12-2021 @ aprox. 9:05am I was The Victim of Assault, Battery and Excessive Force with My Hands Restrained Behind My Back, By Correctional officer Waltert, Supervised By Lieutenant D. Heim.

- I Suffered a Fractured Jaw, Rib Disformity and Fractured Tooth #14.

- Medical Staff was Neglagent to My Injuries For failing to Respond to Care For over 48 hours.

- Correctional - WalterT issued a Fraudulant Incident Report to Cover his Actions.

- Following The Incident I Was Diagnosed By The Agency with "Major Depression Disorder" as a direct Resault of The Incident/Claim.

- Administration Staff Failed to Investigate and Remained Silent. Administrative Remedies Went unResponded to, Including a Request to Archive C.C.T.V Footage of The Incident/Claim.

- Retaliation and Racial profiling were Motivating Factors.

②

- All Claims Were at United States Prison Thomson in Thomson, Illinois.

## Request For Relief

Plaintiff Request Monetary, Compensatory, Punitive Damages For Physical and Mental/Emotional Damages in The Sum of $4,000,000.00. And any other Relief This Court deems Just

Respectfully,

Mr. Maurice A. Mickling SR

# 46250-013
Po Box # 019001
Atwater, CA. 95301

③