**RECEIVED**

MAY 23 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**FILED**
9/13/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RP

United States District Court
Northern District of Illinois

05-22-2022

Plaintiff
Maurice A. Mickling SR.

v.

Defendant
United States of America

Case Number:

22 cv 50169
Judge Philip G. Reinhard
Magistrate Judge Margaret J. Schneider

## Federal Tort Claim Act
Title 28 USC 1346(b), 2671 et. seq.

Maurice A. Mickling SR., (Plaintiff) brings This Federal Tort Claim For Physical and Emotional/Mental Damages, against The United States of America, For $4,000,000⁰⁰ in Sum.

## Facts / Claim

- Plaintiff filed an Administrative Claim For damages on 11-08-2021 and The (6) months to Make an Administrative determination has Elapsed, without Response. (See Attachment # A)

- Plaintiff Provides with This Claim an Application to proceed in forma pauperis. (See Attachment # B)

- Plaintiff Request Attorney Representation by Way of Motion. (See Attachment # C)

- Plaintiff Advise The Court That This Claim is in Direct Relation to (BIVENS) Claim in

①

This Court, Filed Recently, Under The Same Plaintiff Name.

- On 03-12-2021 @ aprox. 9:05am I was The Victim of Assault, Battery and Excessive Force with My Hands Restrained Behind My Back, By Correctional officer Waltert, Supervised By Lieutenant D. Heim.

- I Suffered a Fractured Jaw, Rib Disformity and Fractured Tooth #14.

- Medical Staff was Neglagent to My Injuries For failing to Respond to Care For over 2/8 hours.

- Correctional - Waltert issued a Fraudulant Incident Report to Cover his Actions.

- Following The Incident I Was Diagnosed By The Agency with "Major Depression Disorder" as a direct Resault of The Incident/Claim.

- Administration Staff Failed to Investigate and Remained Silent. Administrative Remedies Went unResponded to, Including a Request to Archive C.C.T.V Footage of The Incident/Claim.

- Retaliation and Racial profiling Were Motivating Factors.

②

- All Claims Were at United States Prison Thomson in Thomson, Illinois.

## Request For Relief

Plaintiff Request Monetary, Compensatory, Punitive Damages For Physical and Mental / Emotional Damages in The Sum of $4,000,000.00. And any other Relief This Court deems Just

Respectfully,

M. Mickling SR

Mr. Maurice A. Mickling SR
# 46250-013
Po Box # 019001
Atwater, CA. 95301

③

ATTACHMENT #A



**U.S. Department of Justice**
Federal Bureau of Prisons

_North Central Regional Office_

---

_Office of the Regional Counsel_

_400 State Avenue_
_Tower II, Suite 800_
_Kansas City, KS 66101_

12-16-2021

MAURICE MICKLING, #40250-013
USP ATWATER
P.O. BOX 019001
ATWATER, CA 95301

      Re: Administrative Claim for Damages
      Claim #:       TRT-NCR-2022-01495       $ 4,000,000.00

Dear Claimant:

      This is to notify you of our receipt of your administrative claim for damages under provisions of the Federal Tort Claims Act, Title 28 USC §1346(b), 2671 et. seq., alleging liability of the United States Government.

      Your claim was received on 11-08-2021. The above referenced Act provides that the agency has 6 months to make an administrative determination on your claim from the date such claim was received by the appropriate agency. Accordingly, in the matter of the above referenced claim, the government's response is not due until 05-07-2022.

      Regulations that may be pertinent to your claim may be found at Title 28 C.F.R. Part 14 et.seq., and §543.30.

                               Sincerely,
                               Richard M. Winter
                               Regional Counsel

*Attachment # B*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

(full name of plaintiff or petitioner)

Maurice A. Mickling sr

vs.

Officer Walter (Bivens)

United States of America (F.T.C.A)

(full name of defendant(s) or respondent(s))

**APPLICATION TO PROCEED
WITHOUT PREPAYING FEES OR
COSTS / FINANCIAL AFFIDAVIT
(PRISONER CASES)**

Case number:

**Instructions:** Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so.

If you are in custody, you are subject to the Prison Litigation Reform Act ("PLRA"). The PLRA requires all pretrial detainees and prisoners to pay the filing fee. If you cannot pay the full filing fee at this time, you may seek leave to proceed *in forma pauperis*. A pretrial detainee or prisoner who proceeds *in forma pauperis* pays the full filing fee over time, with monthly installments taken from his or her trust fund account.

**Application:** ( I am the plaintiff / petitioner in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

- ☑ to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)
- ☑ to request an attorney

1. *Are you in custody?* ☑ Yes ☐ No

   ID # 40250-013    Name of jail or prison: U.S.P Atwater

   Do you receive any payment from this institution? ☐ Yes ☑ No

   If "Yes," how much per month? $ Ø

2. *Other sources of income / money:* For the past 12 months, list the amount of money that you have received from any of the following sources:

   |  | (list the 12-month total for each) |
   |---|---|
   | Self-employment, business, or profession: | $ Ø |
   | Income from interest or dividends: | $ Ø |
   | Income from rent payments: | $ Ø |
   | Pensions, annuities, or life insurance: | $ Ø |
   | Disability or worker's compensation: | $ Ø |
   | Gifts: | $ Ø |
   | Deposits by others into your jail or prison account: | $ aprox $300⁰⁰ per Month |
   | Unemployment, public assistance, or welfare: | $ Ø |
   | Settlements or judgments: | $ Ø |
   | Any other source of money: | $ Ø |

Page 1 of 2

Rev. 2/2020

3. *Cash and bank accounts:* Do you have any money in cash or in a checking or savings account? ☐ Yes ☑ No   If yes, how much? _____ N/A _____

4. *Other assets:* Do you have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)?   ☐ Yes ☑ No

   If yes, list each item of property and state its approximate value:

   _____ N/A _____

5. *Dependents:* Is anyone dependent on you for support?   ☑ Yes ☐ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

   _Maurice A. Mickling JR_

   _$12 per Month_

6. *Debts and financial obligations:* List any amounts you owe to others:

   _Child Support Cost $1,200.00_

**Declaration:** I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: _5-15-2022_

_M. Mickling Sr._
Applicant's signature

_Maurice A. Mickling Sr._
Printed name

**NOTICE TO PRISONERS:** In addition to the Certificate below, you must attach a print-out from the institution(s) where you have been in custody during the last six months showing all receipts, expenditures and balances in your prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. You must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named above, _M. Mickling Sr._, ID # _40250-013_, has the sum of $ _184.39_ on account to his/her credit at _USP Atwater_ (name of institution). I also certify that during the past six months, the applicant's average monthly deposit was $ _346._ (Add all deposits from all sources and then divide by the number of months.)

Date: **MAY 16 2022** _____

_Signature of authorized officer_
R. CERRATO
*Printed name*

Page 2 of 2

Rev. 2/2020

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**United States Penitentiary Atwater**
**1 Federal Way**
**P.O. Box 019001**

## Inmate Inquiry

🖶 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 40250013 | Current Institution: | Atwater USP |
| Inmate Name: | MICKLING, MAURICE | Housing Unit: | ATW-D-B |
| Report Date: | 05/16/2022 | Living Quarters: | D46-126L |
| Report Time: | 12:22:58 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 7227 |
| PAC #: | 959147930 |
| Revalidation Date: | 1st |
| FRP Participation Status: | Completed |
| Arrived From: | VIM |
| Transferred To: | |
| Account Creation Date: | 10/14/2014 |
| Local Account Activation Date: | 9/28/2021 3:21:44 AM |
| Sort Codes: | |
| Last Account Update: | 5/14/2022 8:38:27 PM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $5,000.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ☑ Payroll  ☐ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $184.39 |
| Pre-Release Balance: | $80.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $104.39 |
| National 6 Months Deposits: | $2,080.00 |

National 6 Months Withdrawals: $2,078.34

Available Funds to be considered for IFRP Payments: $1,630.00

National 6 Months Avg Daily Balance: $391.54

Local Max. Balance - Prev. 30 Days: $400.04

Average Balance - Prev. 30 Days: $204.81

# Commissary History

## Purchases

Validation Period Purchases: $201.65

YTD Purchases: $2,076.58

Last Sales Date: 5/11/2022 10:11:04 AM

## SPO Information

SPO's this Month: 0

SPO $ this Quarter: $0.00

## Spending Limit Info

Spending Limit Override: No

Weekly Revalidation: No

Bi-Weekly Revalidation: No

Spending Limit: $300.00

Expended Spending Limit: $198.85

Remaining Spending Limit: $101.15

# Commissary Restrictions

## Spending Limit Restrictions

Restricted Spending Limit: $0.00

Restricted Expended Amount: $0.00

Restricted Remaining Spending Limit: $0.00

Restriction Start Date: N/A

Restriction End Date: N/A

## Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|-----------|-----------|------------|----------|--------|

# Comments

Comments:

NOTICE OF EMAIL/MAIL/PHONE SERVICE LIMITATION CHANGE - INITIATED 1-26-2022 - REMOVED ON 2/11/2022

Attachment #C

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s) Maurice A. Aickling SR    )    Case Number:

v.    )

Defendant(s Officer Waltert    )    Judge:
(Bivens)

United States of America
(F.T.C.A)

## MOTION FOR ATTORNEY REPRESENTATION
**(NOTE: Failure to complete all items may result in the denial of this motion. )**

1.   I,_____, declare that I am the (check appropriate box)
☑ plaintiff  ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2.   I declare that I have contacted the following attorneys/organizations seeking representation: **(NOTE: This item must be completed.)**

• Magna Law / Margolis and Cross / Ann Arber, MI. 48103
(No Response)     (No Response)

• Ben Elson / Rael Law Firm - sr@raellawfirm.com
(No Response) / (Says They have Interest, But Need local Counsel)

but I have been unable to find an attorney because:
No Response OR No Local Counsel Available

3.   I declare that (check all that apply):
*(Now:)*
☑ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.

OR

☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

*(Earlier:)*
☐ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.

OR

☒ I *have* previously been represented by an attorney requested by the Court in a federal (criminal) or civil case. The case is described on the back of this page.

4.   I declare that (check one):
☐ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. ☐ I declare that my highest level of education is (check one):

    ☐ Grammar school    ☑ Some high school    ☐ High school graduate
    ☐ Some college    ☐ College graduate    ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.)

8. ☑ I declare under penalty of perjury that the foregoing is true and correct.

_M. Mickling_       _PO Box # 019001_
Signature of Movant      Street Address

_05-15-2022_      _ATWaTER, CA. 95301_
Date      City, State, Zip

Other cases in which an attorney requested by this Court has represented me: _DisT cT. of Colorado_

| | |
|---|---|
| Case Name: _US v Mickling_ | Case No.: _Criminal_ |
| Attorney's Name: _Dana Casper_   This case is still pending   ☐ Yes ☑ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☑ No | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ This case is still pending   ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ This case is still pending   ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



CERTIFIED MAIL®

7020 1290 0000 4803 2606

RECEIVED
MAY 2 2022
US MARSHALS

Mr. Maurice A. Mickling SR
#40250-013
United States Penitentiary
Po Box # 019001
At Water, CA. 95301

U.S. Dist. Court
Northern Dist. of Illinois
ATTN: Clerk of Court
211 s Church St.
Rockford, Ill. 61101

UNITED STATES PENITENTIARY, ATWATER
P.O. BOX 019000
ATWATER, CA, 95301    DATE _____
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Legal Mail

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT