[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION



FILED

MAR 24 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Maurice A. Mickling, Sr.

#40250-013

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

The United States
of America

_____

_____

_____

_____

Case No: 22 C 50169
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**          <u>**AMENDED COMPLAINT**</u>

_____      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

__✓__      **OTHER** (cite statute, if known)  F.T.C.A

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

Maurice A. Mickling, Sr.

#40250-013

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

The United States
of America

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

Case No: 22 C 50169
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**          **<u>AMENDED COMPLAINT</u>**

_____     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

✓     **OTHER** (cite statute, if known)  F.T.C.A

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.     **Plaintiff(s):**

A.     Name: Maurice A. Mickling SR

B.     List all aliases: 40250-013

C.     Prisoner identification number: 40250-013

D.     Place of present confinement: U.S.P Florence

E.     Address: PO Box # 7000 Florence, CO- 81226

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.     Defendant: The United States of America

       Title: _____

       Place of Employment: _____

B.     Defendant: N/A

       Title: _____

       Place of Employment: _____

C.     Defendant: N/A

       Title: _____

       Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                          Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____ N/A _____

B. Approximate date of filing lawsuit: _____ N/A _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____ N/A _____

D. List all defendants: _____ N/A _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ N/A _____

F. Name of judge to whom case was assigned: _____ N/A _____

G. Basic claim made: _____ N/A _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ N/A _____

I. Approximate date of disposition: _____ N/A _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

• On March 12 2021, Plaintiff Was Placed against the Wall and Placed in Hand Restraints Behind his Back By Correctional officer Waltert (C/o Waltert).

• Lieutenant Heim Ordered C/o Waltert to Escort Plaintiff to the Special Housing Unit (S.H.U).

• Lieutenant Heim Supervised From the Rear, The entire Escort.

   Upon Entering the S.H.U, C/o Waltert Says, "Wrong Way."

• C/o Waltert then Slams Plaintiff to The Ground.

• Plaintiff Was Stripped of his Clothing and Re-dressed in Paper clothing By Unknown officers.

• Plaintiff Was Placed in Hard Retraints By Unknown officers.

• Plaintiff Was Bent over at the Waist and Escorted Backwards to a Restraint Cell By Unknown officers.

• Plaintiff Was Placed on a Concrete Slab in

4                                                    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

The Horizontal Position By UNKNOWN officers.
• Plaintiff Remained in Hard Restraints, IN the Restraint cell For 10 hrs.
• Plaintiff was Removed From Hard Restraints and Escorted to a New Cell assignment.
• ON March 15 2021, Plaintiff was Escorted to The Institutional Medical Department, For an X-Ray.
• ON March 15 2021, Plaintiff was Escorted to an Outside Medical Facility.
• Outside Medical Facility diagnosed Plaintiff with a Fractured Jaw, Tooth and a Rib Disformity. (See Exhibit #6-13)
• ON 04-01-2021, Plaintiff was Found Guilty of a Fraudulant Incident Report Issued By C/o Walter. (See Exhibit #14)
• ON 04-16-2021, Plaintiff was diagnosed By The Facility Phychologist with Major Depression Disorder and Received an Elevated Mental Health Care Level. (SEE Exhibit #14)
• Plaintiff is Seen By a Phychologist once per Month.
• Plaintiff has Exhausted Administrative Remedies. (See Exhibit #1-5)

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.  Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Plaintiff Request Monetary Damages in the Sum of 4 million Dollars.

2 million in Physical Damages

2 million in Emotional / Mental Damages

**VI.**  The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __20th__ day of __March__, 20_23_

_____ SR.
(Signature of plaintiff or plaintiffs)

Maurice Mickling SR.
(Print name)

40250-013
(I.D. Number)

PO Box # 7000
Florence, CO. 81226
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]